## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 8:07CR184** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **DAMEIN O. CLARK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

     This case is before the court on the defendant's Motion for New Detention Hearing (#17).   Having reviewed this motion and the court's July 6, 2007 Order (#14), I find the motion should be denied.  Therefore,

     **IT IS ORDERED** the defendant's Motion for New Detention Hearing (#17) is denied without hearing.

     Dated this 12th day of July 2007.

BY THE COURT:


S/ F. A. Gossett
United States Magistrate Judge