IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CR184 |
| vs. | ) | |
| | ) | ORDER |
| DAMEIN CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion [21] of Donald L. Schense for leave to withdraw as counsel for the defendant. Substitute counsel, J. William Gallup, has entered an appearance.

    **IT IS ORDERED:**

    1. The Motion to Withdraw [21] is granted, and the appearance of Donald L. Schense is hereby deemed withdrawn.

    2. The provisions and deadlines set in the case progression order [9] remain in effect.

    **DATED July 16, 2007.**

                                                BY THE COURT:

                                                s/ F.A. Gossett
                                                **United States Magistrate Judge**